IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KRISTOPHER SIMS,

    Petitioner,

v.                                                          Civil Action No. **3:14CV46**

**UNITED STATES PAROLE COMMISSION,** *et al.,*

    Respondents.

## MEMORANDUM OPINION

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on February 26, 2014, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the terms of the February 26, 2014 Memorandum Order would result in the dismissal of the action. More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2241 form.[1] Accordingly, the action is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

An appropriate Order shall issue.

Date: 4-7-14
Richmond, Virginia

                                                        /s/
                                    James R. Spencer
                                    Senior U. S. District Judge

---

[1] The Court also directed Petitioner to complete and return an *in forma pauperis* affidavit or pay the $5.00 filing fee within fifteen (15) days of the date of entry thereof. Petitioner has failed to submit either.